# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALVANO REALTY COMPANY, | : | |
| | : | |
| Plaintiff, | : | No. 3:17-cv-00266 |
| | : | |
| v. | : | (Saporito, M.J.) |
| | : | |
| AMERICAN FIRE AND CASUALTY COMPANY, | : | |
| | : | |
| Defendant. | : | |

FILED
WILKES BARRE
AUG 26 2019
PER _____
DEPUTY CLERK

## ORDER

AND NOW, this 26th day of August, 2019, in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED THAT:

1. The plaintiff's motion to appoint appraiser (Doc. 20) is GRANTED and the parties are directed to proceed to appraisal under the insurance policy.

2. American is directed to appoint its appraiser under the policy of insurance covering the fire loss within seven (7) days from the date of this Order, failing which, the court shall appoint American's appraiser.

3. The appraisers shall select an umpire within thirty (30) days from the date of this Order, and the fees and expenses of the umpire shall be shared equally by the parties.

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
U.S. MAGISTRATE JUDGE

Dated: August 26, 2019